AO 245B    (Rev. 09/19 - D/KS 04/20)  Judgment in a Criminal Case
               Sheet 1

# United States District Court
## District of Kansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>James C. Nunley | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:  B:20-90034M - 002<br>USM Number:  None<br>Defendant's Attorney:  Michael P. Hinkin |

**THE DEFENDANT:**

☒  pleaded guilty to counts:  <u>7 and 16 of the Information</u>.
☐  pleaded nolo contendere to count(s) __ which was accepted by the court.
☐  was found guilty on count(s) __ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 U.S.C. § 3372(a)(1) and 18 U.S.C. § 1382 | Lacey Act Violation, Class A Misdemeanor | 11/30/2018 | 7 |
| 18 U.S.C. §§ 371 and 1382 | Conspiracy to Commit Criminal Trespass, Class B Misdemeanor | 11/30/2018 | 16 |

The defendant is sentenced as provided in pages 1 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) __.

☒  Counts <u>8, 14, 15, 17 and 18 of the Information</u> are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

02/04/2021
Date of Imposition of Judgment

*/s/ Kenneth G. Gale*
Signature of Judge

Honorable Kenneth G. Gale, U.S. Magistrate Judge
Name & Title of Judge

Feb 4, 2021
Date

AO 245B (Rev. 09/19 - D/KS 04/20) Judgment in a Criminal Case
Sheet 4 – Probation

Judgment – Page **2** of **4**

DEFENDANT: James C Nunley
CASE NUMBER: B:20-90034M - 002

## PROBATION

You are hereby sentenced to probation for a term of <u>3 years - Unsupervised</u>.

Counts 7 and 16: 3 years unsupervised probation, on each count, concurrent.

## MANDATORY CONDITIONS

1. You must pay the special assessment imposed in accordance with 18 U.S.C. § 3013.

2. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.

3. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

## SPECIAL CONDITIONS OF SUPERVISION

1. You must pay in full the fine and restitution ordered in this judgment within 12 months.

2. You shall not hunt, fish, trap, provide hunting or fishing guiding or outfitting services, or assist or be present with anyone engaged in those activities at any location

Judgment – Page **3** of **4**

DEFENDANT:       James C Nunley
CASE NUMBER:     B:20-90034M - 002

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments set forth in this Judgment.

|        | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment** |
|--------|---------------|-----------------|----------|----------------------|---------------------|
| **TOTALS** | $35.00 | $5,000.00 | $3,500.00** | Not applicable | Not applicable |

**Payments towards the Fine are to be sent to the U.S. Fish and Wildlife Service Lacey Act Reward Account.

☐  The determination of restitution is deferred until ___. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒  The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
| Kansas Department of Wildlife, Parks and Tourism Law Enforcement Division Restitution Fund | | $5,000.00 | |
| **TOTALS** | **$** | **$5,000.00** | |

☒  Restitution amount ordered pursuant to plea agreement $5,000.00.

☐  The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth in this Judgment may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☒ the interest requirement is waived for the  ☒ fine and/or  ☒ restitution.

☐ the interest requirement for the  ☐ fine and/or  ☐ restitution is modified as follows:

*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
**Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
***Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev. 09/19 - D/KS 04/20)  Judgment in a Criminal Case
            Sheet 6 – Schedule of Payments

Judgment – Page **4** of **4**

DEFENDANT:      James C Nunley
CASE NUMBER:    B:20-90034M - 002

# SCHEDULE OF PAYMENTS

Criminal monetary penalties are due immediately. Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows, but this schedule in no way abrogates or modifies the government's ability to use any lawful means at any time to satisfy any remaining criminal monetary penalty balance, even if the defendant is in full compliance with the payment schedule:

A  ☐  Lump sum payment of $___ due immediately, balance due
       ☐ not later than ___, or
       ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☒  Payment to begin immediately. The fine and restitution must be paid in full by February 4, 2022 (may be combined with ☐ C, ☐ D, or ☒ F below); or

C  ☐  Payment in monthly installments of not less than 5% of the defendant's monthly gross household income over a period of ___ years to commence ___ days after the date of this judgment; or

D  ☐  Payment of not less than 10% of the funds deposited each month into the inmate's trust fund account and monthly installments of not less than 5% of the defendant's monthly gross household income over a period of ___ years, to commence ___ days after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within ___ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

If restitution is ordered, the Clerk, U.S. District Court, may hold and accumulate restitution payments, without distribution, until the amount accumulated is such that the minimum distribution to any restitution victim will not be less than $25.

Payments should be made to Clerk, U.S. District Court, U.S. Courthouse - Room 204, 401 N. Market, Wichita, Kansas 67202, or may be paid electronically via Pay.Gov.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (*including defendant number*), Total Amount, Joint and Several Amount and corresponding payee, if appropriate.

| **Case Number** **Defendant and Co-Defendant Names** **(including defendant number)** | **Total Amount** | **Joint and Several Amount** | **Corresponding Payee, if appropriate** |
|---|---|---|---|

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☒  The defendant shall forfeit the defendant's interest in the following property to the United States:

   The Court orders abandonment of property to the United States as outlined in the plea agreement.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.